NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**WILLIAM DAVID JONES,**
*Petitioner*

**v.**

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent*

---

2023-1442

---

Petition for review of the Merit Systems Protection Board in No. DC-315H-22-0634-I-1.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of ECF No. 27, requesting transfer of the case in light of this court's June 14, 2023, order,

IT IS ORDERED THAT:

This case and all transmittals are transferred pursuant to 28 U.S.C. § 1631 to the United States District Court for the Eastern District of Virginia.

FOR THE COURT

August 10, 2023                              /s/ Jarrett B. Perlow
      Date                                   Jarrett B. Perlow
                                             Clerk of Court